IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Errick M. Wright
   Petitioner, Pro se,

Civ. No. 05-693

vs.

Stan Taylor
Commissioner
Department of Corrections
of the State of Delaware, et al

   Defendants.



FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT AND APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Errick M. Wright, do hereby certify and affirm pursuant to 28 U.S.C. Rule 1915, that I am unable to pay the costs of the proceedings in the matter of Errick M. Wright vs Department of Corrections of the State of Delaware, et al due to my indigency.

In support I offer the following;

1. I am not presently employed.

2. My last date of employment was June 1, 2005. The total amount I last recieved as wages was $10.00 (commission).

3. I have not recieved within the last 12 months money from: Rental Income, Interest or dividends, pensions, annuities or life insurance payments, gifts or inheritances or any other source except:

   Self-employment; $10.00 commission earned for 15 minute consultation fee for services rendered to small business client on June 1, 2005.

4. I have $0.00 in cash and $0.00 in checking and savings accounts.

5. I do not own any real estate, securities, automobiles or other valuable property.

WHEREFORE, having shown just cause for relief, Petitioner moves for leave to proceed in forma Pauperis.

DATE: September 20, 2005

Errick M. Wright
SBI # 211465
Sussex Work Release Center
23207 Dupont Blvd.
Georgetown, DE 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Errick M. Wright<br>　Petitioner, Pro Se, <br><br>vs.<br><br>Stan Taylor<br>Commissioner<br>Department of Corrections<br>of the State of Delaware,<br>et al,<br>　Defendants. | CIV. No. _____ |

ORDER

This _____ day of _____, _____, upon consideration of Petitioner's motion for leave to proceed in forma pauperis, it is hereby ORDERED that petitioner be GRANTED / DENIED leave to proceed in forma pauperis, pursuant to 28 U.S.C. Rule 1915.

BY THE COURT

_____
JUDGE