IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Errick M. Wright<br><br>Petitioner, Pro Se<br><br>vs.<br><br>Sean Taylor<br>Commissioner<br>Department of<br>Corrections of<br>the STATE of<br>DELAWARE, et al<br><br>Defendants. | Civ. No. 05-693<br><br><br>Jury Trial: yes X   No ___ |



FILED

SEP 21 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE AND PETITION FOR A JUDGEMENT
FOR VIOLATION OF CIVIL RIGHTS

To: M. JANE BRADY
Attorney General of Delaware
Department of Justice
114 E. Market St.
Georgetown, DE 19947

Comes NOW, the Petitioner, Errick M Wright, pursuant to 42 U.S.C. Rule 1981(a),(3)(d); 42 U.S.C. Rule 1983; and 42 U.S.C. Rule 2000a(d) in the proceedings before this Court of Errick M. Wright vs. Department of Corrections of the State of Delaware for an Order for violation of Civil Rights.

IN Support of this Petition the following is offered:

1. The petitioner was transferred from Sussex Violations of Probation Unit to Sussex Work Release Center on July 14, 2005.

2. Upon his arrival to SWRC the Petitioner spoke with Jay King, an employment counselor who works for the Department of Corrections. Mr. Wright ("Petitioner"), informed Mr. King that he is self-employed and of his intention to return to his job as a small business consultant and to proceed in the venture of his other business of opening a Pizzeria. Mr. King discriminated against Mr. Wright by denying the Petitioner his right to return to his job and in which instance Mr. King threatened Mr. Wright "to find another job" or he would be returned to Sussex V.O.P.

3. The Petitioner was not hired within 30 days upon his arrival and was subsequently returned to Sussex V.O.P. on August 21, 2005 to serve a 10-day sanction for failure to find employment within 30-days. He was returned to Sussex Work Release on September 1, 2005 on the condition that he must find work within two weeks upon arrival as imposed by a Staff Lt. Baker (first name unknown). The Petitioner requests the Court to note that he was only allowed to look for work one and at the most two days per week.

4. On September 8, 2005 the petitioner had been hired by the owner or manager Donald (last name unknown) to work Part-time at Dot Discount Cigarette Outlet which is one mile north on Rt. 113 from the Sussex Work Release Center. A phone call was placed by the manager/owner to Mr. King on or about 1:30 pm that day and Mr. King was notified of Mr. Wright being hired. The Petitioner recieved his schedule which was to begin on September 9, 2005.

5. On September 8, 2005 later during that afternoon Mr.Wright spoke with Mr. King about his being hired and which in this instance Mr. King again discriminated against Mr. Wright by denying Wright the position at the outlet. Mr. King denied Mr. Wright his right to work without a given reason and again reminded him that if he doesn't find employment he would be returned back to Sussex V.O.P.

6. On September 16, 2005 the petitioner was returned to Sussex V.O.P. to serve an excessive sanction 30 days for failure to find employment within two weeks of his return to work release. The decision was made without Mr. Wright's knowledge or presence to aid in his defense. The sanction was excessive on the basis of the usual punishment for not finding work or quitting/getting fired from work is 7 days.

7. Petitioner has been threatened with punishment by excessive sanctions, harassment by Department of Corrections personell and was the subject of a derogatory, racist and a slanderous remark by Mr. King in relation to Mr. Wright's ability not being hired at an ARBY's Franchise due to Sussex Work Release's bad reputation. Mr. King on September 13, 2005 on or about 2:37 pm remarked to Mr. Wright "if it weren't for you people there would be jobs available." Mr. King spoke those words in front of two other witnesses; Lt. Hilyard and an unnamed female probation officer who were in the buildings' duty office at the time of the incident.

8. Pursuant to 42 U.S.C. Rule 1981(a), (3)(d), the petitioner requests that the maximum penalty of $300,000 be imposed against the defendants for damages for intentional discrimination in Petitioner's employment. It is asserted that it is the intent of the defendants to decieve and to deny the petitioner his right of employment as prescribed by law. The Petitioner also requests respectfully from this court that punitive damages to be assessed and imposed against the defendants for the defendants excessive punishment, verbal abuse, and the derogatory and racist remark made by Mr. King and for conspiracy to interfere with the civil rights of the petitioner; they, the defendants shall also be liable for the costs of this proceeding, including any court costs, attorney fees (if any), and any additional fees incurred by the petitioner.

WHEREFORE, the Petitioner respectfully submits and requests the foregoing Petition FOR A JUDGEMENT FOR VIOLATION OF CIVIL RIGHTS, that it be considered and heard before this Honorable Court.

Date: September 20, 2005

*Errick M. Wright*
SBI # 211465
Sussex Work Release Center
23207 Dupont Blvd
Georgetown, DE 19947

## Certificate of Service

I, Errick M. Wright do hereby affirm that I have served a true and correct copy of the foregoing Petition for a JUDGEMENT FOR VIOLATION OF CIVIL RIGHTS this _____ day of _____, _____, upon the attorney for the defendants, M. Jane Brady whose office is located at 114 E. Market St. Georgetown, DE 19947.

Date: _____

*Errick M. Wright*
Errick M. Wright
Petitioner, Pro Se.

CC: USDC
CC: M. Jane Brady
CC: Errick M. Wright

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Errick M. Wright<br><br>   Petitioner, pro se,<br><br>vs.<br><br>Stan Taylor<br>Commissioner<br>Department of Corrections<br>of the State of Delaware, et al.<br><br>   Defendants. | Civ. No. _____ |

## ORDER

This _____ day of _____, _____, the foregoing PETITION FOR A JUDGEMENT FOR VIOLATION OF CIVIL RIGHTS having been heard and considered, it is hereby ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Eedie M. Wright
SBI #211465
POD 7-12A
SCCC
SVOP/SWRU
23207 Dupont Blvd
Georgetown, DE 19947



U.S. MAIL X-RAY