IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT<br>Petitioner<br><br>v.<br><br>STAN TAYLOR, Commissioner<br>Department of Corrections<br>Respondent | CIV. ACT. No. 05-693-GMS |

## MOTION TO DISMISS WITH PREJUDICE

I, Errick M. Wright, the Petitioner hereby move this Court for an Order to Dismiss with Prejudice the Complaint against the above-named Respondent and in support thereof the following is submitted:

1. The Petitioner filed a Complaint of violation of his ~~his~~ Civil Rights on September 28, 2005.

2. Mr. Wright requests his Petition be dismissed with Prejudice against the Respondent as to insure he has correctly named Mr. Taylor as a defendant in this matter, as well as to gather evidentiary facts to support his claim.

3. Mr. Wright asserts that his complaint has been neither frivolous and malicious and that his Civil Rights were violated as stated in his complaint.

WHEREFORE, the Petitioner respectfully requests that the foregoing Motion to Dismiss with Prejudice be Granted.

Date: 11/28/05

Errick M. Wright (no. 211465)
PCCC
38 Todds Lane
Wilmington, DE 19802

CERTIFICATE OF SERVICE

I, Errick M. Wright do certify that on this 28th day of November, 2005 that I have served a true and correct copy of the foregoing Motion by hand delivery upon the following

Deputy Attorney General
Dept. of Justice
820 N. French Street
Wilmington, De 19801

Date: 11/28/05

Errick M. Wright (No. 2114465)
PCCC
38 Todds Lane
Wilmington, De 19802
(302) 577-3039