Errick M. Wright(SBI#) 211465
38 Todds Lane
Wilmington, DE 19802

11/30/2005

Clerk of Court
United States District Court
900 King Street
Wilmington, DE 19801

       RE: Change of mailing address
           05-442-GMS and 05-693-GMS

Dear Clerk of Court,

    I am notifying the court of the change in my address from SVOP/SWRU 23207 Dupont Blvd. Georgetown, DE 19947 to Plummer Community Correctional Center 38 Todds Lane, Wilmington, DE 19802.

                                                    Yours Truly,

                                                    Errick M. Wright
                                                    Petitioner

RECEIVED
NOV 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE