IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-693-GMS |
| ) | |
| COMMISSIONER STAN TAYLOR, ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| OF THE STATE OF DELAWARE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Errick M. Wright ("Wright"), SBI #211465, is a prisoner incarcerated at the Plummer Community Correctional Center, Wilmington, Delaware, and on September 21, 2005, filed a complaint pursuant to 42 U.S.C. § 1983;

WHEREAS, on November 1, 2005, this Court granted Wright leave to proceed *in forma pauperis,* assessed an initial partial filing fee, and ordered Wright to file an authorization form (D.I. 3);

WHEREAS, on November 28, 2005, Wright filed the authorization form (D.I. 4);

WHEREAS, on November 28, 2005, Wright filed a motion to dismiss with prejudice, which the Court construes as a motion to voluntarily dismiss pursuant to Fed.R.Civ.P. 41(a) (D.I. 5);

THEREFORE, at Wilmington this __8th__ day of December, 2005, IT IS ORDERED that the Plaintiff Errick M. Wright's motion is GRANTED. The complaint is DISMISSED without prejudice pursuant to Fed.R.Civ.P. 41(a).

_____
United States District Judge

